IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS PULLEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE LLC (GSK), AND JOHN DOES 1 through 3,<br><br>　　　　Defendants. | Civil Action No. 2:11-cv-0325 |

## JOINT STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO RESPOND

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, counsel for the respective parties to the above-captioned action, Thomas Pullen and Defendant GlaxoSmithKline LLC ("GSK") (sued herein as SmithKline Beecham Corporation d/b/a GlaxoSmithKline LLC), that the time for Defendant to move, plead or otherwise respond to Thomas Pullen's Complaint be and hereby is extended until forty-five (45) days following the transfer of this action to the Multidistrict Litigation entitled *In re: Avandia Marketing, Sales Practices and Products Liability Litigation*, Case No. 2:07-md-01871-CMR, and that Defendant hereby waives any personal jurisdiction defense based on any defect in service of process or insufficient service of process.

Respectfully submitted,

By: /s/ Ellen Relkin

Ellen Relkin
WEITZ & LUXENBERG, P.C.
*A New York Professional Corporation*
210 Lake Drive East, Suite 101
Cherry Hill, New Jersey 08002
Telephone (856) 755-1115
Facsimile (856) 755-1995
Email: ERelkin@weitzlux.com

*Attorneys for Plaintiff*

Dated: Cherry Hill, NJ
January 28, 2011

Dated: February 21, 2011

By: /s/ John F. Brenner

John F. Brenner
Melissa A. Chuderewicz
PEPPER HAMILTON LLP
*A Pennsylvania Limited Liability Partnership*
Suite 400
301 Carnegie Center
Princeton, NJ 08543-5276
(609) 452-0808
Email: brennerj@pepperlaw.com
        chuderem@pepperlaw.com

*Attorney for Defendant GlaxoSmithKline LLC*

Dated: Princeton, NJ
January 28, 2011

**SO ORDERED**

_____
Hon. Esther Salas
United States Magistrate Judge

-2-